**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

### GREYHOUND LINES, INC., Appellant

### V.

### JANIE REEVES, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-09239**

## ORDER

On December 12, 2012, this Court abated this appeal to permit the trial court to render a take-nothing judgment as to appellee Ashley Reedy. On February 25, 2013, the Court was provided with a copy of the trial court's order of partial dismissal and take-nothing judgment as to Ashley Reedy. Accordingly, on the Court's own motion, we **REINSTATE** this case and **DIRECT** the Clerk to restyle this case as *Greyhound Lines, Inc. v. Janie Reeves*. Appellee Janie Reeves is **ORDERED** to file her brief within thirty days of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE